**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-80083-CR-Cannon/Reinhart
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

FREDDIE RAMON ALLEN,

   Defendant.

_____/



FILED BY_____ D.C.

MAY 2 6 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**INDICTMENT**

The Grand Jury charges that:

On or about May 25, 2021, in Palm Beach County, in the Southern District of Florida, the

defendant,

**FREDDIE RAMON ALLEN,**

knowingly possessed a firearm and ammunition, in and affecting interstate and foreign commerce,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said firearm and ammunition are:

a. One (1) Astra, Model A-75, .40 caliber pistol;

b. Four (4) 9mm rounds of Winchester ammunition;

c. One (1) 9mm round of Sig Sauer ammunition;

d. One (1) 9mm round of Sellier and Bellot ammunition; and

e. One (1) 9mm round of Remington-Peters ammunition.

1

## **FORFEITURE ALLEGATIONS**

1.        The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **FREDDIE RAMON ALLEN**, has an interest.

2.        Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BRIAN RALSTON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. 22-80083-CR-Cannon/Reinhart

v.

Freddie Ramon Allen

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

_____ Defendant. _____/

**Court Division:** (Select One)

☐ Miami   ☐ Key West   ☐ FTL
☑ WPB      ☐ FTP

New defendant(s) ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No _____
   List language and/or dialect _____

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   |     | (Check only one) |     |     | (Check only one) |     |
   |-----|------------------|-----|-----|------------------|-----|
   | I   | 0 to 5 days      | ☑   | Petty       |     | ☐ |
   | II  | 6 to 10 days     | ☐   | Minor       |     | ☐ |
   | III | 11 to 20 days    | ☐   | Misdemeanor |     | ☐ |
   | IV  | 21 to 60 days    | ☐   | Felony      |     | ☑ |
   | V   | 61 days and over | ☐   |             |     |   |

6. Has this case previously been filed in this District Court? (Yes or No)  No _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  Yes _____
   If yes: Magistrate Case No.  22-8021-WM
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  5/25/2022
   Defendant(s) in state custody as of  5/25/2021
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No)  No _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No _____

Brian D. Ralston
Assistant United States Attorney
Court ID No.       A5502727

*Penalty Sheet(s) attached

REV 3/19/21

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: **Freddie Ramon Allen**

**Case No**:     22-80083-CR-Cannon/Reinhart

Count #: 1

Possession of a Firearm and Ammunition by a Convicted Felon

18 U.S.C. § 922(g)(1)

* **Max. Penalty**: 10 years' imprisonment; $250,000 fine; 3 years' supervised release; and a $100 special assessment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**