UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80083-CR-CANNON

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**FREDDIE RAMON ALLEN,**

    Defendant.

_____

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. § 4241

**THIS MATTER** comes before the Court upon Defendant's Unopposed Motion for Competency Evaluation [ECF No. 21]. The Court has reviewed the Motion and is fully advised. Upon consideration, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 21] is **GRANTED**. Defendant shall submit to a Competency Evaluation to take place no later than thirty-five (**35**) calendar days from the date of this Order. Defendant shall be examined by at least one qualified psychiatrist or psychologist pursuant to determine if he is presently competent to be able to understand the criminal proceedings against him or to properly assist in his defense. For purposes of this examination, Defendant is committed to the custody and care of the Attorney General for placement in a suitable facility **as close to the Southern District of Florida as possible** so as to minimize delays. The psychiatrist or psychologist, as designated by the Attorney General to examine Defendant, shall prepare a psychiatric or psychological report pursuant to the requirements of 18 U.S.C. § 4247(b). The psychiatrist or psychologist, as designated by the

Attorney General, shall forward the original report to this Court and a copy to defense counsel.

The period of delay resulting from the examination of Defendant and any subsequent judicial proceedings to determine Defendant's competency shall be deemed excluded for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(1)(A).

**The change of plea hearing set on October 12, 2022, is hereby cancelled.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11th day of October 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record