UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80083-CR-CANNON

**UNITED STATES OF AMERICA,**

    **Plaintiff**,

vs.

**FREDDIE RAMON ALLEN,**

    **Defendant**.

_____

## **ORDER**

**THIS MATTER** comes before the Court upon a letter sent by the Warden of the Miami Federal Detention Center (FDC-Miami) requesting an extension of time to complete and submit the competency evaluation report of Defendant, FREDDIE ALLEN [ECF No. 24; *see* ECF No. 22 (Order Granting Motion for Competency Evaluation)]. The letter states that FDC-Miami is unable to complete the evaluation by the current deadline of November 15, 2022, due to COVID-19 procedures. The Court has reviewed the letter and the full record. Upon full review, it is

**ORDERED AND ADJUDGED** as follows:

1. The current deadline for submission of a report on Defendant's competency is hereby extended from **November 15, 2022, to December 5, 2022**.

2. On or before **December 5, 2022**, the appropriate official at FDC-Miami shall submit a completed competency evaluation report to the Court, copying counsel for the Government and Defendant.

3. To facilitate the evaluation, and in light of FDC-Miami's request as stated in the letter, counsel for the Government and Defendant are ordered to provide all relevant

documentation in the parties' possession to Dr. Lauren Schumacher, including any available medical records, psychiatric/academic records, prior evaluations, investigative reports, criminal history, etc. [ECF No. 24 p. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of November 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record
      Dr. Lauren Schumacher, FDC-Miami