UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80083-CR-CANNON/REINHART

UNITED STATES OF AMERICA

vs.

FREDDIE RAMON ALLEN,

                **Defendant.**
_____/

## FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

The United States of America and Defendant Freddie Ramon Allen, (hereinafter "Defendant") agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt as to the Indictment charging the defendant with Felon in Possession of a Firearm and Ammunition, in violation Title 18, United States Code, Section 922(g)(1):

### Possession of a Firearm and Ammunition by a Convicted Felon

### Elements

**First:** That the defendant knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce;

**Second:** Before possessing the firearm and ammunition, the defendant had been convicted of a felony – a crime punishable by imprisonment for more than one year; and

**Third:** At the time the defendant possessed the firearm and ammunition, the defendant knew he had been convicted of a felony.

### Facts

1. On May 25, 2021, an officer from the Boynton Beach Police Department was conducting routine traffic enforcement in the area of Congress Avenue and Crosspoint Elementary School, in Boynton Beach, Florida. The officer observed a vehicle travelling at a speed of 31 mph in a posted 20 mph school zone. The driver of the vehicle was later identified as the defendant.

1

2. The defendant refused to stop for the officer and a vehicle pursuit ensued. The defendant eventually lost control of his vehicle and exited the vehicle. The defendant returned to the vehicle and the officer observed the defendant with a black handgun in his right hand. The defendant threw the handgun into a nearby storm drain at which point the defendant was taken into custody.

3. The firearm was recovered and determined to be an Astra, Model A-75, .40 caliber pistol. The magazine of the firearm contained four (4) 9mm rounds of Winchester ammunition, one (1) 9mm round of Sig Saur ammunition, one (1) 9mm round of Sellier and Bellot ammunition, and one (1) 9mm round of Remington-Peters ammunition.

4. The firearm and ammunition possessed by the defendant was possessed in and affecting interstate and foreign commerce.

5. Prior to possessing the firearm and ammunition on May 25, 2021, the Defendant was convicted of a felony – a crime punishable by imprisonment for more than one year. Moreover, prior to possessing the firearm and ammunition on May 25, 2021, the defendant knew he had been convicted of a felony.

6. All events occurred in the Southern District of Florida.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

9/2/22
DATE

By: _____
BRIAN D. RALSTON
ASSISTANT UNITED STATES ATTORNEY

1/9/2023
DATE

By: _____
KRISTY MILITELLO
COUNSEL FOR DEFENDANT

1/9/23
DATE

By: _____
FREDDIE RAMON ALLEN
DEFENDANT

2